IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-502-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CYCRUS KENYON TUCKER | ) | |
| _____ | ) | |

This matter is before the court upon defendant's motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582. The motion is based on Amendment 750 to the United States Sentencing Guidelines regarding crack cocaine offenses.

The government has responded in opposition to the motion noting that the Presentence Report (PSR) in Tucker's case was already based upon a 1 to 1 crack to cocaine ratio. Due to his prior state felony drug convictions, the defendant was subject to a statutory mandatory minimum sentence of 120 months. He was sentenced to 262 months imprisonment—the low end of the advisory career offender guidelines. Because the defendant was sentenced with no disparity between cocaine and cocaine base, the defendant cannot avail himself of the new Amendment.

Accordingly, the defendant's motion for a reduction of his sentence (ECF No. 1036) is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

November 15, 2011  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge