UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR. No.: 3:09-502-JFA |
|---|---|---|
| v. | ) | ORDER |
| JERMAINE DEAMETRIUF BETHEL | ) | |

The defendant has petitioned under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The government has filed a supplemental response, pointing out that the sentence of the defendant is unaffected by the Fair Sentencing Act of 2010, as well as the recent decision of the United States Supreme Court in *Dorsey v. United States*, ____ S.Ct. ____, 2012 WL 2344463 (U.S. Supreme Court, June 21, 2012).

The court will afford the defendant an opportunity to reply to the government's supplemental response. Any reply by the defendant must be received by this court on or before **July 16, 2012**.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

June 27, 2012
Columbia, South Carolina