IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-502-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LATONA RENEE DAVIS | ) | |
| | ) | |
| _____ | ) | |

The defendant has filed a second motion under 18 U.S.C. § 3582 to reduce her sentence under Amendment 750 of the United States Sentencing Guidelines. The defendant's first motion to reduce (ECF No. 1051) was denied by this court on December 9, 2011 (ECF No. 1064). The court indicated in that order that the defendant was sentenced to the statutory mandatory minimum sentence of 120 months for her conviction relating to 5 grams or more of crack cocaine *and* 500 grams or more of cocaine.

Under *United States v. Goodwyn*, 596 F.3d 233 (4th Cir. 2010), this court is without authority to consider a second § 3582 motion or a motion for reconsideration of the initial order seeking a reduction under Amendment 750. Accordingly, the defendant's second § 3582 motion (ECF No. 1201) is denied.

IT IS SO ORDERED.

June 14, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge